## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NANCY LOUISE FRUCHTL, and** | ) | |
| **LEWIS S. FRUCHTL,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **4:05CV3292** |
| | ) | |
| v. | ) | |
| | ) | |
| **WYETH, WYETH** | ) | **ORDER** |
| **PHARMACEUTICALS, PHARMACIA &** | ) | |
| **UPJOHN, PFIZER, GREENSTONE,** | ) | |
| **and BARR PHARMACEUTICALS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The Clerk's Office has requested that Document Number 4 be stricken from the record for the following reason:

- Incorrect PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 4 from the record. The Clerk's Office is directed to re-file the document.

DATED this 1st day of December, 2005.

              BY THE COURT:

               s/Thomas D. Thalken
              United States Magistrate Judge