## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NANCY LOUISE FRUCHTL, and** <br> **LEWIS S. FRUCHTL,** | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | 4:05CV3292 |
| v. | ) <br> ) | |
| **WYETH, WYETH** <br> **PHARMACEUTICALS, PHARMACIA &** <br> **UPJOHN, PFIZER, GREENSTONE,** <br> **and BARR PHARMACEUTICALS,** | ) <br> ) <br> ) <br> ) <br> ) | **ORDER** |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 4 be stricken from the record for the following reason:

- Incorrect PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 4 from the record. The Clerk's Office is directed to re-file the document.

DATED this 1st day of December, 2005.

                                                    BY THE COURT:

                                                    s/Thomas D. Thalken <br>
                                                    United States Magistrate Judge