JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 2 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1507**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-59)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,602 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 9 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

PAGE 1 OF 2

# SCHEDULE CTO-59 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**  **CASE CAPTION**

ALABAMA NORTHERN
 ALN  2  05-2308       Douglas J. Johns, etc. v. Wyeth Pharmaceuticals, Inc., et al.

CALIFORNIA NORTHERN
 CAN  3  05-4317       Harold Horner, etc. v. Wyeth, et al.

CALIFORNIA SOUTHERN
 CAS  3  05-2011       Kathleen Sutton v. Wyeth, et al.

FLORIDA MIDDLE
 FLM  2  05-519        Joan Tremblay, et al. v. Wyeth, et al.
 FLM  2  05-545        Roberta Kay Lamar v. Wyeth, et al.
 FLM  6  05-1718       Helen Jean George, et al. v. Wyeth, et al.
 FLM  8  05-1914       Patricia J. Green v. Wyeth, et al.

INDIANA SOUTHERN
 INS  1  05-1662       Susan Fivecoat, et al. v. Novo Nordisk, et al.

MAINE
 ME  2  05-194         Susan Bauer v. Wyeth, et al.

MICHIGAN EASTERN
 MIE  2  05-72728      Christine Voss, et al. v. Wyeth, Inc., et al.

MINNESOTA
 MN  0  05-2605        Lucille Lynn v. Wyeth, Inc., et al.
 MN  0  05-2606        Sharon Guyett v. Wyeth, Inc., et al.
 MN  0  05-2607        Myrtle Spivey, et al. v. Wyeth, Inc., et al.
 MN  0  05-2608        Sharon Sears v. Wyeth, Inc., et al.
 MN  0  05-2609        Mary Watson, et al. v. Wyeth, Inc., et al.
 MN  0  05-2610        Marceline Vossler, et al. v. Wyeth, Inc., et al.
 MN  0  05-2618        Helen Harper, et al. v. Wyeth, et al.
 MN  0  05-2657        Margery Sochan, et al. v. Wyeth, et al.
 MN  0  05-2659        Francene Minschew v. Wyeth, et al.
 MN  0  05-2670        Annie Billingsley v. Wyeth, et al.
 MN  0  05-2678        Margaret Powers v. Wyeth, et al.
 MN  0  05-2692        Carolyn Hargrove v. Wyeth, et al.
 MN  0  05-2695        Melody L. Ingle, et al. v. Wyeth, et al.
 MN  0  05-2696        Wanda Dee Ehe Raya, et al. v. Wyeth, et al.
 MN  0  05-2715        Marlys Johnson v. Wyeth, et al.
 MN  0  05-2771        Carolyn Matthews v. Wyeth, et al.

NEBRASKA
 NE  4  05-3292        Nancy Louise Fruchtl, et al v. Wyeth, et al.
 NE  8  05-522         Janet S. Truelsen v. Wyeth, et al.

SCHEDULE CTO-59 - TAG-ALONG ACTIONS    MDL-1507          PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OHIO SOUTHERN** | |
| OHS 2 05-1052 | Linda Ford v. Wyeth, Inc., et al. |
| **OKLAHOMA NORTHERN** | |
| OKN 4 05-582 | Sherri Ann Pittser v. Wyeth, et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 05-5858 | Linda Tedesco, et al. v. Wyeth |
| PAE 2 05-5859 | Mary Foss v. Wyeth, et al. |
| PAE 2 05-5860 | Jean T. Austin, et al.v . Wyeth, et al. |
| PAE 2 05-5861 | Geraldine Turner, et al. v. Wyeth, et al. |
| PAE 2 05-5863 | Danita Cannizzaro, et al. v. Wyeth, et al. |
| PAE 2 05-5864 | Terry Beckwith Peterson, et al. v. Wyeth, et al. |
| PAE 2 05-5865 | Gloria Bulloch v. Wyeth, et al. |
| **TEXAS SOUTHERN** | |
| TXS 3 05-592 | Georgia Jones v. Wyeth, et al. |

# INVOLVED COUNSEL LIST (CTO-59)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Garrett D. Blanchfield, Jr.
Richard, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Lawrence J. Buckfire
Buckfire & Buckfire
17117 West Nine Mile Road
Suite 535
Southfiedl, MI 48075

James M. Campbell
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129

Brian S. Campf
Williams, Love, O'Leary, Craine & Powers, PC
9755 S.W. Barnes Road
Suite 450
Portland, OR 97225-6681

Michael R. Conner
Barnes & Thornburg
11 South Meridian Street
1313 Merchants Bank Building
Indianapolis, IN 46204

William M. Corley
Marks, Gray, P.A.
1200 River Place Blvd.
Suite 800
P.O. Box 447
Jacksonville, FL 32201-0447

John A. Corr
Mellon Webster & Shelley
87 North Broad Street
Doylestown, PA 18901

William M. Covington, III
Perry & Covington
2110 20th Street
Gulfport, MS 39501

Dina M. Cox
Lewis & Wagner
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202

Martin D. Crump
Davis & Feder
1712 15th Street
Suite 300
P.O. Box 6829
Gulfport, MS 39501

William B. Curtis
Law Offices of Miller & Curtis
10000 North Central Expressway
Suite 1450
Dallas, TX 75231

Mark W. Davis
Davis & Feder
P.O. Drawer 6829
Gulfport, MS 39506-7018

Norma Laura De Santos
Beirne, Maynard & Parsons
1300 Post Oak Blvd.
25th Floor
Houston, TX 77056-3000

Mary K. Deon
Pepper Hamilton, LLP
100 Renaissance Center
36th Floor
Detroit, MI 48243

Penelope A. Dixon
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

Stacey L. Drentlaw
Oppenheimer Wolff & Donnelly
45 S. 7th Street
Suite 3300
Minneapolis, MN 55402

R. Deryl Edwards, Jr.
Law Offices of R. Deryl Edwards, Jr.
606 South Pearl Avenue
Joplin, MO 64801

Mason Evans, IV
Porter, Wright, Morris & Arthur, LLP
41 S. High Street
Suite 2800
Columbus, OH 43215-6194

Michael J. Fay
McSweeney & Fay, PLLP
2116 2nd Avenue, South
Minneapolis, MN 55404

Diane Fenner
Fenner & Boles
Two Bala Plaza
Suite 300
Bala Cynwyd, PA 19004-1512

Edward F. Fox
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

Elisabeth French
Pittman, Hooks, Dutton, Kirby & Hellums, PC
1100 Park Place Tower
2001 Park Place
Birmingham, AL 35203

Daniel H. Friedman
Friedman Law Offices
P.O. Box 82009
Lincoln, NE 68501

Frank H. Gassler
Fowler White Boggs & Banker, PA
501 East Kennedy, Suite 1700
P.O. Box 1438
Tampa, FL 33601

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33601-3239

Jeff S. Gibson
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Robert J. Healy, Jr.
Joyce & Reyes Law Firm, PA
307 South Hyde Park Avenue
Tampa, FL 33606-2233

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Kevin S. Hendrick
Clark Hill, PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street, Suite 3800
Minneapolis, MN 55402-3701

William J. Judge, Jr.
Bavol Judge, P.A.
400 North Ashley Drive
Suite 2500
P.O. Box 1400
Tampa, FL 33601-1440

Kristopher N. Kazmierczak
Katz & Korin, PC
334 North Senate Avenue
Indianapolis, IN 46204

Hal J. Kleinman
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Erin C. Koerselman
Leonard, Street & Deinard
150 South 5th Street, Suite 2300
Minneapolis, MN 55402

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

Joseph J. Leghorn
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Richard S. Lewis
Cohen, Milstein, Hausfeld & Toll
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964

Eric L. Lundt
Gordon, Hargrove & James
2400 E. Commercial Blvd.
Suite 1100
Fort Lauderdale, FL 33308

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Sarah A. McDaniel
Murray, Plumb & Murray
P.O. Box 9785
Portland, ME 04101-5085

Jan R. McLean Bernier
Halleland, Lewis, Nilan & Johnson
600 U.S. Bank Plaza South Tower
220 South Sixth Street
Suite 600
Minneapolis, MN 55402-4501

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Marilyn S. Morphis
Robert H. Alexander Law Office
120 North Robinson, 24th Floor
Oklahoma City, OK 73102

James A. Morris, Jr.
Provost & Umphrey Law Firm, LLP
P.O. Box 4905
490 Park Street
Beaumont, TX 77704-4905

Christopher L. Nichols
Littlepage Booth
408 Westheimer Road
Houston, TX 77006

Craig Philip Niedenthal
Cory, Watson, Crowder & DeGaris
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35205

D. Michael Noonan
Shaheen & Gordon, P.A.
140 Washington Street
2nd Floor
P.O. Box 977
Dover, NH 03821-0977

Karen D. Olson
Maslon, Edelman, Borman & Brand
Wells Fargo Center
90 South 7th Street
Suite 3300
Minneapolis, MN 55402

John B. Patterson
Ricci Leopold
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410

Gale Diane Pearson
Gale D. Pearson & Associates, PA
400 South 4th Sreet
1012 Grain Exchange Building
Minneapolis, MN 55415

Michael T. Pearson
McLane Graf Raulerson & Middleton
900 Elm Street
P.O. Box 326
Manchester, NH 03105-0326

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

Andrea M. Roberts
Baker & Daniels
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Jacqueline R. Sheridan
Ulmer & Berne, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

Paul C. Smith
Clark Hill, PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Kathryn A. Stebner
Stebner & Associates
870 Market Street
Suite 1212
San Francisco, CA 94102

William P. Studer
Oppenheimer, Wolff & Donnelly
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402

James F. Szaller
Brown & Szaller
14222 Madison Avenue
Cleveland, OH 44107-4510

Timothy F. Thompson, Jr.
Simmons Cooper, LLC
707 Berkshire Boulevard
East Alton, IL 62024

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Brian D. Turner, Jr.
Cory, Watson, Crowder & DeGaris
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Robert G. Weddle
Tabbert, Hahn, Earnest, et al.
One Indiana Square
Suite 1900
Indianapolis, IN 46204

Les Weisbrod
Morgan & Weisbrod, LLP
11551 Forest Central Drive
Suite 300
P.O. Box 821329
Dallas, TX 75382

Michael L. Williams
Williams, Love, O'Leary, Craine & Powers, PC
9755 S.W. Barnes Road
Suite 450
Portland, OR 97225-6681

Courtney Worcester
Nixon Peabody, LLP
889 Elm Street
Manchester, NH 03101

Elizabeth S. Wright
Dorsey & Whitney LLP
50 S. 6th Street
Suite 1500
Minneapolis, MN 55402-1498

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-59)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building &
U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska U.S.
Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Michael M. Baylson
U.S. District Judge
3810 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Robert H. Cleland
U.S. District Judge
707 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Virginia M. Hernandez Covington
U.S. District Judge
3-160 U.S. Courthouse & Federal
Building
2110 First Street
Fort Myers, FL 33901

Hon. Stewart Dalzell
U.S. District Judge
5614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. William Q. Hayes
U.S. District Judge
4 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. D. Brock Hornby
U.S. District Judge
Edward T. Gignoux Federal
Courthouse
156 Federal Street
Portland, ME 04101

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

Hon. Richard G. Kopf
U.S. District Judge
586 Robert V. Denney U.S.
Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Edmund V. Ludwig
Senior U.S. District Judge
12614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1775

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Algenon L. Marbley
U.S. District Judge
319 Joseph P. Kinneary U.S. Crthse.
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. Mary A. McLaughlin
U.S. District Judge
3809 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Gregory A. Presnell
U.S. District Judge
300 George C. Young U.S. Courthouse
80 N. Hughey Avenue
Orlando, FL 32801

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Timothy J. Savage
U.S. District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Norma L. Shapiro
Senior U.S. District Judge
10614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1774

Hon. John E. Steele
U.S. District Judge
2-194 U.S. Courthouse &
Federal Building
2110 First Street
Ft. Myers, FL 33901

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

# INVOLVED CLERKS LIST (CTO-59)
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Denise Lucks, Clerk
U.S. District Court
P.O. Box 83468
Lincoln, NE 68508-3468

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

William S. Brownell, Clerk
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

US POSTAGE
$00.870
01/09/2006
Mailed From 20002
016H16502830
Hasler

CLERK
U.S. DISTRICT COURT
LINCOLN

RECEIVED
JAN 13 2006

Denise Lucks, Clerk
U.S. District Court
P.O. Box 83468
Lincoln, NE 68506-3468

68501#3468