4:05cv3292

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 2 2005

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

JAN - 9 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-59)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,602 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 9 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By: _____ D.C.

977

PAGE 1 OF 2

# SCHEDULE CTO-59 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**      **CASE CAPTION**

**ALABAMA NORTHERN**
ALN 2 05-2308      Douglas J. Johns, etc. v. Wyeth Pharmaceuticals, Inc., et al.

**CALIFORNIA NORTHERN**
CAN 3 05-4317      Harold Horner, etc. v. Wyeth, et al.

**CALIFORNIA SOUTHERN**
CAS 3 05-2011      Kathleen Sutton v. Wyeth, et al.

**FLORIDA MIDDLE**
FLM 2 05-519      Joan Tremblay, et al. v. Wyeth, et al.
FLM 2 05-545      Roberta Kay Lamar v. Wyeth, et al.
FLM 6 05-1718      Helen Jean George, et al. v. Wyeth, et al.
FLM 8 05-1914      Patricia J. Green v. Wyeth, et al.

**INDIANA SOUTHERN**
INS 1 05-1662      Susan Fivecoat, et al. v. Novo Nordisk, et al.

**MAINE**
ME 2 05-194      Susan Bauer v. Wyeth, et al.

**MICHIGAN EASTERN**
MIE 2 05-72728      Christine Voss, et al. v. Wyeth, Inc., et al.

**MINNESOTA**
MN 0 05-2605      Lucille Lynn v. Wyeth, Inc., et al.
MN 0 05-2606      Sharon Guyett v. Wyeth, Inc., et al.
MN 0 05-2607      Myrtle Spivey, et al. v. Wyeth, Inc., et al.
MN 0 05-2608      Sharon Sears v. Wyeth, Inc., et al.
MN 0 05-2609      Mary Watson, et al. v. Wyeth, Inc., et al.
MN 0 05-2610      Marceline Vossler, et al. v. Wyeth, Inc., et al.
MN 0 05-2618      Helen Harper, et al. v. Wyeth, et al.
MN 0 05-2657      Margery Sochan, et al. v. Wyeth, et al.
MN 0 05-2659      Francene Minschew v. Wyeth, et al.
MN 0 05-2670      Annie Billingsley v. Wyeth, et al.
MN 0 05-2678      Margaret Powers v. Wyeth, et al.
MN 0 05-2692      Carolyn Hargrove v. Wyeth, et al.
MN 0 05-2695      Melody L. Ingle, et al. v. Wyeth, et al.
MN 0 05-2696      Wanda Dee Ehe Raya, et al. v. Wyeth, et al.
MN 0 05-2715      Marlys Johnson v. Wyeth, et al.
MN 0 05-2771      Carolyn Matthews v. Wyeth, et al.

**NEBRASKA**
NE 4 05-3292      Nancy Louise Fruchtl, et al v. Wyeth, et al.
NE 8 05-522      Janet S. Truelsen v. Wyeth, et al.

SCHEDULE CTO-59 - TAG-ALONG ACTIONS  MDL-1507                PAGE 2 OF 2

**DIST. DIV. C.A. #**            **CASE CAPTION**

OHIO SOUTHERN
  OHS 2  05-1052                 Linda Ford v. Wyeth, Inc., et al.

OKLAHOMA NORTHERN
  OKN 4  05-582                  Sherri Ann Pittser v. Wyeth, et al.

PENNSYLVANIA EASTERN
  PAE 2  05-5858                 Linda Tedesco, et al. v. Wyeth
  PAE 2  05-5859                 Mary Foss v. Wyeth, et al.
  PAE 2  05-5860                 Jean T. Austin, et al.v . Wyeth, et al.
  PAE 2  05-5861                 Geraldine Turner, et al. v. Wyeth, et al.
  PAE 2  05-5863                 Danita Cannizzaro, et al. v. Wyeth, et al.
  PAE 2  05-5864                 Terry Beckwith Peterson, et al. v. Wyeth, et al.
  PAE 2  05-5865                 Gloria Bulloch v. Wyeth, et al.

TEXAS SOUTHERN
  TXS 3  05-592                  Georgia Jones v. Wyeth, et al.